## CARROLL v. PRYOR.

1.  **BILL OF EXCEPTIONS:**   *When must be filed.*
      The time for filing a bill of exceptions is limited by the Statute to the next succeeding term, and cannot extend beyond it, and ought not, as a matter of sound discretion. to extend beyond the time fairly necessary to allow the attorney, with reasonable diligence, to prepare it.
      Courts of Chancery are competent to relieve against any hardships arising from accident, mistake, or fraud, if from any such cause the bill could not be presented in the time allowed.

APPEAL from *Ashley* Circuit Court.
Hon. T. F. SORRELLS, Circuit Judge.

*R. C. Newton* and *J. Carroll*, for appellant:

EAKIN, J.   The bill of exceptions in this cause was not
signed and ordered to be made matter of record until the
second term after the motion for a new trial.   Time had
been given until the next term, but it . was not filed then,
nor is there even the barest suggestion of any reason why it
was not.   At the time of signing, a record entry was made
reciting that the attorneys on both sides conceded that the
facts therein stated were true ; and explaining that the
judge of the court had signed it then, to give the parties the
benefit of the adjudication of this court upon the matter.
It is expressly stated, however, that the signing and admit-
ting the bill to record was without consent.

Originally, bills of exceptions were required to be taken,
reduced to writing, signed, and made matter of record
during the trial ; upon the spot—*"dum fervet opus."*   It is
much the safest way ; but for convenience, the practice
obtained of giving time, at first during the term, and after-
wards to a later day.   Any considerable time after trial, is
still unsafe, although permissible.   It cannot be expected of
a judge of ordinary memory, trying many cases, to carry in
his mind a perfectly clear conception of all the material evi-
dence in any case.   Slight changes of expression give dif-
ferent shades of meaning.   Nor will it do to allow bills of
exception to be, at any time, made up and filed by agree-
ment of attorneys.   It would not only be unsafe to litigants,
but might lead, if encouraged, to the practice of bringing
matters here for adjudication upon questions never before
the court of original jurisdiction at all.

The Statute has limited the time which a judge may give for reducing a bill of exceptions to writing. It *cannot* extend beyond the succeeding term, and *ought* not, as a matter of sound discretion, to extend beyond the time fairly necessary to allow the attorney, with reasonable diligence, to prepare it. Courts of Chancery are competent to relieve against any hardships arising from accident. or mistake, or fraud, if from any such cause the bill could not be presented in the time allowed.

Disregarding the bill of exceptions, we find no error in the record.

Affirm.